JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silveria Gutierrez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Disney Worldwide Services, Inc., Disneyland Grand California Hotel; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. SACV 11-1070-CJC(ANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[STIPULATION FILED CONCURRENTLY HEREWITH]** |

　　　　Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiff Silveria Gutierrez against Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., DISNEY WORLDWIDE SERVICES, INC., and DISNEYLAND GRAND CALIFORNIA HOTEL ("Defendants")are dismissed in their entirety

1 | with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear
2 | their own fees and costs herein.
3 | SO ORDERED.
4 |
5 | Dated: August 24, 2012     _____
6 |                                 Hon. Cormac J. Carney
                                United States District Court
7 |
8 | Respectfully submitted,
    Daniel F. Fears, Bar No. 110573
9 | E-Mail dff@paynefears.com
    James R. Moss, Jr., Bar No. 196725
10 | E-Mail:  jrm@paynefears.com
     PAYNE & FEARS LLP
11 | 4 Park Plaza, Suite 1100
     Irvine, California  92614
12 | Telephone:  (949)  851-1100
     Facsimile:  (949)  851-1212
13 |
     Attorneys for Defendants
14 | WALT DISNEY PARKS AND RESORTS U.S., INC.,
     DISNEY WORLDWIDE SERVICES, INC.,
15 | and DISNEYLAND GRAND CALIFORNIA HOTEL
16 |
17 | 4816-1678-9007.1
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2